**Order entered January 16, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01234-CV

### IN THE INTEREST OF D.J.M. AND P.T.M., CHILDREN

### On Appeal from the 416th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 416-55829-2014

## ORDER

Before the Court is appellant's January 11, 2019 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **February 12, 2019**. We caution appellant that further extension requests will be disfavored.

/s/    KEN MOLBERG
          JUSTICE